ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF REDDING, and KURT STARMAN, an individual,<br><br>        Defendants. | Case No. 2:10-CV-1741-JAM-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE;  ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and Defendants City of Redding ("CITY") and Kurt Starman ("STARMAN") (collectively, "DEFENDANTS"), Parties in the above-referenced matter, stipulate as follows:

**WHEREAS**, on or about May 4, 2010, CSPA provided DEFENDANTS with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal

1  Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

2     **WHEREAS**, on July 7, 2010, CSPA filed its Complaint against DEFENDANTS in this
3  Court, *California Sportfishing Protection Alliance v. City of Redding, et al* (USDC, E.D. Cal.,
4  Case No. 2:10-CV-01741-JAM-DAD) and said Complaint incorporated by reference all of the
5  allegations contained in CSPA's 60-Day Notice Letter;

6     **WHEREAS**, CSPA and DEFENDANTS, through their authorized representatives and
7  without either adjudication of CSPA's claims or admission by DEFENDANTS of any alleged
8  violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations
9  of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs
10 and uncertainties of further litigation.  A copy of the Parties' proposed consent agreement
11 ("Consent Agreement") entered into by and between CSPA and DEFENDANTS is attached
12 hereto as Exhibit A and incorporated by reference.

13     **WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt
14 requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day
15 review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the
16 agencies.

17     **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between
18 the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be
19 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties
20 respectfully request an order from this Court dismissing such claims with prejudice.  In
21 accordance with Clause 17 of the Consent Agreement, the Parties also request that this Court
22 retain and have jurisdiction over the Parties through September 30, 2014, for the sole purpose of
23 resolving any disputes between the parties with respect to enforcement of any provision of the
24 Consent Agreement.

STIPULATION TO DISMISS WITH PREJUDICE;          CASE NO. 2:10-CV-01741-JAM-DAD
[PROPOSED] ORDER                                        2

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: March 12, 2012 | LAW OFFICES OF ANDREW L. PACKARD |
| 2 | | |
| 3 | | By: /s/ Erik Roper |
| 4 | | Erik M. Roper |
| | | Attorneys for Plaintiff |
| 5 | | CALIFORNIA SPORTFISHING PROTECTION |
| 6 | | ALLIANCE |
| 7 | Dated: March 12, 2012 | BRICKWOOD LAW OFFICE |
| 8 | | |
| | | By: /s/ Gary Brickwood |
| 9 | | Gary C. Brickwood |
| | | (As authorized on March 12, 2012 – L.R. 131) |
| 10 | | Attorneys for Defendants |
| | | CITY OF REDDING, *et al.* |

STIPULATION TO DISMISS WITH PREJUDICE;  CASE NO. 2:10-CV-01741-JAM-DAD
[PROPOSED] ORDER                3

927112.1

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants CITY OF REDDING and KURT STARMAN as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:10-CV-01741-JAM-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:   3/12/2012            /s/ John A. Mendez
                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com